1

2

**UNITED STATES DISTRICT COURT**

3

**DISTRICT OF NEVADA**

4

\* \* \*

5

| | |
|---|---|
| Matthew Travis Houston, | Case No. 2:19-cv-01472-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| State of Nevada, et al., | |
| Defendants. | |

6

7

8

9

10

11

12        Before the Court is Plaintiff's emergency request for production of documents (ECF No.

13   28), motion to extend copy work (ECF No. 29), and motion for appointment of counsel (ECF No.

14   30).  However, Plaintiff's case is closed and has been closed since October 26, 2020.  (ECF No.

15   21).  Because Plaintiff provide no grounds to request documents, extend copy work, or have

16   counsel appointed in this closed case, the Court denies his motions.

17

18                                      **ORDER**

19        **IT IS THEREFORE ORDERED** that Plaintiff's motions (ECF Nos. 28, 29, and 30) are

20   **denied.**

21

22

23        DATED: October 14, 2022

24                                                                    _____

25                                                                    DANIEL J. ALBREGTS
                                                                      UNITED STATES MAGISTRATE JUDGE

26

27

28